# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| **REFINED TECHNOLOGIES, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 3:22-cv-00197** |
| vs. | § | |
| | § | |
| **USA DEBUSK LLC** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

## ORDER GRANTING USA DEBUSK LLC'S MOTION TO STRIKE THE UNAUTHORIZED AND IMPROPER "REBUTTAL" REPORT OF TERRY LIVINGSTON, P.E.

Defendant USA DeBusk LLC ("USAD") submits this Motion to Strike the Unauthorized and Improper "Rebuttal" Report of Terry Livingston, P.E. Upon consideration of the Defendant's motion the Court finds that the motion should be, and is hereby, **GRANTED**. It is further **ORDERED** that the June 23, 2025 Rebuttal Report of Terry Livingston, P.E. is stricken.

DATED: _____

_____
THE HONORABLE ANDREW M EDISON
UNITED STATES MAGISTRATE JUDGE

DM2\21643814.1