United States District Court
Southern District of Texas
**ENTERED**
January 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| REFINED TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:22-cv-197 |
| | § | |
| USA DEBUSK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties have advised the court that they have reached a settlement. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Monday, March 16, 2026, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, March 16, 2026.

Signed on Galveston Island this 13th day of January, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE